**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1592**

HERMAN LEE KNIGHT,

                Plaintiff - Appellant,

     v.

TYSON FOODS, INC.; ARCHIE GILLESPIE,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., Chief District Judge. (3:12-cv-00047-RJC-DCK)

Submitted:  June 21, 2012        Decided:  June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herman Lee Knight, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herman Lee Knight appeals the district court's order dismissing his Title VII employment discrimination action for failure to timely file a charge of discrimination with the Equal Employment Opportunity Commission. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Knight v. Tyson Foods, Inc.</u>, No. 3:12-cv-00047-RJC-DCK (W.D.N.C. Apr. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>